IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| Viral DRM, LLC, | |
| Plaintiff, | CASE NO.: 1:25-cv-00542-PAG |
| vs. | JUDGE PATRICIA A. GAUGHAN |
| RCD Sales Company, Ltd. d/b/a Avalon RV Center, | **STIPULATION OF DISMISSAL WITH PREJUDICE** |
| Defendant. | |

SO ORDERED.
/s/ Patricia A. Gaughan
9/17/25

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties, through their undersigned counsel, that the above-captioned action is hereby voluntarily dismissed with prejudice pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii), with each party to bear its respective attorney's fees and costs.

Dated: September 16, 2025

**MCNEAL, SCHICK, ARCHIBALD & BIRO CO., LPA**

By: */s/ Brian T. Winchester*
Brian T. Winchester, Esq. (0069076)
4608 St. Clair Avenue
Cleveland, OH 44103
Tel: (216) 522-1112
Email: btw@msablaw.com

*Attorney for Defendant*

**SANDERS LAW GROUP**

By: */s/ Joshua D. Vera*
Joshua D. Vera, Esq.
333 Earle Ovington Blvd, Suite 402
Uniondale, NY 11553
Tel: (516) 203-7600
Email: jvera@sanderslaw.group

*Attorney for Plaintiff*